# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | Civil No. 3:17-CV-0348 |
| v. | : | (JUDGE MANNION) |
| VANTAGE TRUST FEDERAL CREDIT UNION, f/k/a WILKES-BARRE VA EMPLOYEES CREDIT UNION, | : : : | |
| | : | |
| Defendant | | |

## O R D E R

In light of the memorandum issued today in the above-captioned matter,

**IT IS HEREBY ORDERED THAT:**

The Untied States' motion to dismiss Vantage's counterclaims, (Doc. 12), is **GRANTED**, and the counterclaims are **DISMISSED WITH PREJUDICE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated**: **January 5, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0348-01-Order.wpd